UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY ALEXANDER BERRIOS,
                    Petitioner,                22-cv-5426 (JGK)

        - against -                            ORDER

WARDEN PLILER,
                    Respondent.

JOHN G. KOELTL, District Judge:

    The petitioner shall have until **February 6, 2023** to file any reply to the government's response to the petition for writ of habeas corpus.

    The petitioner should advise the Court if there is any reason he will not be able to comply with that deadline.

SO ORDERED.

Dated:   New York, New York
         January 9, 2023

                                        /s/ John G. Koeltl
                                        _____
                                        John G. Koeltl
                                        United States District Judge