```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

HENRY ALEXANDER BERRIOS,
                Petitioner,          22-cv-5426 (JGK)

    - against -                   ORDER

WARDEN PLILER,
                Respondent.

---

JOHN G. KOELTL, District Judge:

    On January 9, 2023, the Court directed the petitioner to file any reply to the government's response to the petition for writ of habeas corpus by February 6, 2023. ECF No. 13. The time for the petitioner to file his reply is extended to **February 28, 2023**. If the petitioner needs more time to reply, he should advise the Court. If the petitioner does not file a reply by February 28, 2023 or seek a further extension of time, the Court will decide the petition on the current papers.

SO ORDERED.

Dated:    New York, New York
           February 14, 2023

                                          _____
                                            John G. Koeltl
                                      United States District Judge