UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HENRY ALEXANDER BERRIOS,

                Petitioner,

- against -

WARDEN PLILER,

                Respondent.

22-cv-5426 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On February 14, 2023, the Court extended until February 28, 2023, the time for the petitioner to file any reply to the government's response to the petition for writ of habeas corpus. ECF No. 14. The petitioner has not filed a reply or sought a further extension of time. Accordingly, the Court will decide the petition on the current papers. The government is directed to submit courtesy copies of all papers filed in connection with the petition for writ of habeas corpus. See ECF No. 1.

SO ORDERED.

Dated:    New York, New York
           March 14, 2023

                                              John G. Koeltl
                                  United States District Judge