UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HENRY ALEXANDER BERRIOS,

                    Petitioner,                   22 **CIVIL** 5426 (JGK)

    -against-                               **JUDGMENT**

WARDEN PLILER,

                    Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated July 6, 2023, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. For the reasons explained above, the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is denied. The Court declines to issue a certificate of appealability because the petitioner has failed to make a substantial showing of the denial of a constitutional right. See 28 U.S.C. § 2253(c).; accordingly, the case is closed.

**DATED:** New York, New York

      July 6, 2023

                                                     **RUBY J. KRAJICK**

                                                         **Clerk of Court**

                           **BY:**

                                                         **Deputy Clerk**